# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157812(81)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ARTHUR LAROME JEMISON,
        Defendant-Appellant.
_____/

SC: 157812
COA: 334024
Wayne CC: 15-010216-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before October 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk